FILED
2005 Aug-08  AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case Number: CR 05-S-232-S |
| | ) | |
| **ANTHONY MORTEZ YOUNG** | ) | |

## MEMORANDUM OPINION AND ORDER

This matter is before the court on the defendant's motion to suppress all statements allegedly made by defendant at the time of his arrest (doc. no. 12).  The court has considered the entire file in this action, together with a transcript of testimony adduced on July 15, 2005, and the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be, and it hereby is, adopted and approved.  Accordingly, defendant's motion to suppress is denied.

DONE this 8th day of August, 2005.

_____
United States District Judge